IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| HAKIM ALI AZIZ THOMAS,<br><br>        Plaintiff,<br><br>    v.<br><br>CAMDEN COUNTY JAIL; ET AL.,<br><br>        Defendants. | Civil Action<br>No. 16-7524 (JBS-AMD)<br><br>**MEMORANDUM OPINION** |

**SIMANDLE, Chief District Judge**

    Plaintiff Hakim Ali Aziz Thomas seeks to bring this civil action *in forma pauperis* ("IFP"). IFP Application, Docket Entry 1-1.

    According to the application submitted by Plaintiff, Plaintiff earns $2,000 per month. *Id.* Plaintiff did not list any monthly expenses, therefore, it appears Plaintiff is able to pay the $350 filing fee and $50 administrative fee. His application to proceed *in forma pauperis* is therefore denied. This matter shall be administratively terminated pending submission of the filing and administrative fees.

    An appropriate order follows.

**January 18, 2017**                                      s/ Jerome B. Simandle
Date                                                       JEROME B. SIMANDLE
                                                                    Chief U.S. District Judge